```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/4/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK ROBERTS,

                Plaintiff,

-against-

KIRSCHENBAUM & PHILLIPS, P.C.,

                Defendant.

22 Civ. 3597 (AT)

ORDER OF SERVICE

ANALISA TORRES, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Kirschenbaum & Phillips, P.C. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:  May 4, 2022
          New York, New York

_____
ANALISA TORRES
United States District Judge