**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DERRICK ROBERTS,

            Plaintiff,

            -against-

KIRSCHENBAUM & PHILLIPS, P.C.,

            Defendant.

------------------------------------------------------------x

22-CV-3597 (AT) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management Conference previously scheduled for August 03, 2022 at 11:30 a.m. is adjourned to August 03, 2022 at **2:30 p.m.** All other directives in ECF 8 are unchanged.

Counsel for Defendant is directed to serve a copy of this Order on the *pro se* Plaintiff **before** the scheduled conference and file proof of service on the docket.

**SO ORDERED.**

Dated: July 29, 2022
New York, New York

       *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge