UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK ROBERTS,<br><br>        Plaintiff,<br><br>   -against-<br><br>KIRSCHENBAUM & PHILLIPS, P.C.,<br><br>        Defendant. | 22-CV-3597 (AT) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

  The Court has reviewed Defendant's letter. (ECF 33). Defendant's request to adjourn the August 17, 2023, status conference is **DENIED without prejudice to renewal**. The Court scheduled this conference on June 23, 2023, after it appeared that the parties had failed to attend mediation as I had directed in October 2022. (*See* ECF Nos. 28 and 31). If defense counsel seeks to adjourn the conference, they shall explain why they scheduled vacations and travel that conflict with Court proceedings.

  Defense counsel is further directed to confer with *pro se* Plaintiff and contact the Court's Mediation Program to schedule mediation. To the extent Defendant is requesting a specific mediator (*see* ECF 33), Defendant is directed to discuss that with the mediation program.

  Counsel for Defendant is directed to serve a copy of this Order on *pro se* Plaintiff, and file proof of service of this Order on the docket.

  **SO ORDERED.**

Dated: August 11, 2023
   New York, New York

                     *s/ Ona T. Wang*
                     **Ona T. Wang**
                     United States Magistrate Judge