UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK ROBERTS, | |
| Plaintiff, | 22-CV-3597 (AT) (OTW) |
| -against- | **ORDER** |
| KIRSCHENBAUM & PHILLIPS, P.C., | |
| Defendant. | |

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendant's renewed request to adjourn the August 17, 2023, status conference. (ECF 35). Because the letter discloses potentially sensitive personal and medical information, I am hereby sealing ECF 35. The Court extends its condolences to Mr. Kohl. Defendant's motion to adjourn the conference is **GRANTED**. The August 17, 2023, conference is hereby **ADJOURNED** *sine die*.

The parties are further ordered to complete mediation. Defendant is directed to submit a status letter after the completion of mediation, and in any event, **no later than Friday, December 15, 2023**.

Counsel for Defendant is directed to serve a copy of this Order on *pro se* Plaintiff, and file proof of service of this Order on the docket.

The Clerk of Court is respectfully directed to seal ECF 35 to selected party viewing level and the Court.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: August 14, 2023                    **Ona T. Wang**
       New York, New York                 United States Magistrate Judge